UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| DEREK MORTLAND, | ) | CASE NO. 1:21-CV-22 |
| | ) | |
| Plaintiff, | ) | JUDGE JONKER |
| | ) | |
| Vs. | ) | |
| | ) | |
| CATALYST DEVELOPMENT CO., LLC, | ) | **NOTICE OF DISMISSAL** |
| | ) | |
| Defendant. | ) | |
| | ) | |

NOW COMES the plaintiff, by and through counsel, and hereby gives Notice of

Dismissal pursuant to Fed. Civ. R. 41(a)(1)(A)(i). The parties have resolved the dispute and, as

such, Plaintiff now desires the dismissal of all claims against Defendant with prejudice, and

without costs to either party.


Respectfully submitted,

**/s/ *COLIN G. MEEKER***
Colin G. Meeker (#0092980)

Attorney for Plaintiff, DEREK MORTLAND